UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATRIX PARTNERS, LLC,
A Michigan limited liability company,

       Plaintiff,

                                    Case No.: 06-10798
v.                                 Hon.: Lawrence P. Zatkoff
                                    Referral Judge: Donald A. Scheer

PETER JAY KLAUSER, ET AL,

       Defendants.
_____/

## NOTICE OF DISMISSAL
## OF DEFENDANTS, AMERICAN WORLD PICTURES, INC. AND MARK L. LESTER

Plaintiff is voluntarily dismissing Defendants, American World Pictures, Inc. and Mark L. Lester, only, with prejudice, from this action pursuant to FRCP 44(a)(1). No answer or motion for summary judgment has been filed for these defendants.

This Dismissal does not dispose of the case.

**Dated: 7-12-2007**

                                                            KENNETH J. WROBEL, JR., P.C.

                                                            *s/Kenneth J. Wrobel, Jr.*
                                                            KENNETH J. WROBEL, JR. (P44176)
                                                            Attorney for Plaintiff
                                                            390 Park Street
                                                           Suite 200
                                                           Birmingham, MI 48009
                                                           Telephone: (248) 645-2200
                                                          E-Mail: kenwrobel@sbcglobal.net