**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MATRIX PARTNERS,

        CASE NO. 06-10798

   Plaintiff,        HON. LAWRENCE P. ZATKOFF

v.

PETER J. KLAUSER et al.,

   Defendants.
_____/

**JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order Granting Judgment dated February 24, 2009, and Plaintiff's exhibit regarding damage computations, a final Judgment is entered against Defendants Joseph Depompeii, Film Planet, LLC, and Filmtown Entertainment in the amount of $ 231,450. With the entry of this judgment, this case is closed.

Dated at Port Huron, Michigan, this 24th day of February, 2009.

                    DAVID J. WEAVER
                    CLERK OF THE COURT
         BY:   S/Marie E. Verlinde

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE